AO91 (Rev. 12/03)  Criminal Complaint                                                                                               AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                               **CRIMINAL COMPLAINT**
                      vs.
                                                                                Case Number:  1:19-po-1204
Jose Luis SALDANA-Meneses
 A201 720 932  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about  February 21, 2019  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on February 21, 2019. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on February 21, 2019 thus avoiding immigration inspection.

The Defendant had $103.00 in U.S. funds and $1,450.00 in Mexican funds at the time of apprehension.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/  Garcia-Iii, Oscar  Border Patrol Agent
Signature of Complainant

Garcia-Iii, Oscar    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 23, 2019                                                                                  at    Brownsville, Texas
Date                                                                                                              City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                  Title of Judge                                                 Signature of Judge